UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 19-CV-61681-RS

vs.

YUKON BROWARD, LLC
a Florida Limited Liability Company
d/b/a FIVE GUYS

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, YUKON BROWARD, LLC, a Florida Limited Liability Company, d/b/a FIVE GUYS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against YUKON BROWARD, LLC, a Florida Limited Liability Company, d/b/a FIVE GUYS; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED September 16, 2019.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Thomas R. Farrior** |
| Gregory S. Sconzo, Esq. | **JEFFREY W. GIBSON, ESQ.** |
| Florida Bar No.: 0105553 | Fl. Bar No. 0568074 |
| The Law Office of Gregory S. Sconzo, P.A. | **THOMAS R. FARRIOR, ESQ.** |
| 5080 PGA Boulevard, Suite 213 | Fl. Bar No. 111965 |
| Palm Beach Gardens, FL 33418 | MACFARLANE FERGUSON & McMULLEN |
| Telephone: (561) 729-0940 | P.O Box 1531 |
| Facsimile: (561) 491-9459 | Tampa, Florida 33601 |
| Service Email: sconzolaw@gmail.com | (813) 273-4200 Phone |
| Email: greg@sconzolawoffice.com | (813) 273- 4396 Fax |
| Attorney for Plaintiff | Primary Email jg@macfar.com |
| | trf@macfar.com |
| | Secondary Email: ala@macfar.com |
| | gthomlison@macfar.com |
| | Attorneys for Defendant |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**