UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61681-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

vs.

YUKON BROWARD, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 6]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement for one year from the date of this order.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record